AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

AUG 2 6 2014

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. *M-14-1657-M* |
| Obed VASQUEZ-Reyna        MX. YOB:1990 | ) | |
| Jesus Armando JASSO-Jimenez MX. YOB: 1991 | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 25, 2014_____ in the county of _____Hidalgo_____ in the _____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II) | Knowing and in reckless disregard of the fact that Sifredis Amaya-Lopez, a citizen and national of El Salvador and Maria Maricelda Lopez-Perez, a citizen and national of Guatemala, who had come to, entered and remained in the United States in violation of law did knowingly conceal, harbor, or shield from detection, or attempt to conceal, harbor, or shield, from detection, said aliens, in any place, including any building or means of transportation; to wit in a house in Pharr, Texas. |

This criminal complaint is based on these facts:

### (SEE ATTACHMENT "A")

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Ralph Garza, Jr., HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8/26/2014__    4:06 pm

_____
*Judge's signature*

City and state:    McAllen, Texas

Pete E. Ormby, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On August 18, 2014, a Concerned Citizen (CC) provided information on a possible stash house/residence located at 205 Naranjo St. in Mission, Texas. The CC stated that vehicles would show up throughout the day and night and would see people go inside the residence. The CC stated that a blue compact sedan would arrive on a daily basis to drop off things.

On August 21, 2014, FIST Border Patrol Agents conducted surveillance at the stash house/residence. Agents observed a subject leaving the residence and walked to a nearby convenience store located a ½ block away. The subject was then seen buying a food supplies and returning back to the residence. Later on, another subject was seen leaving the residence and walked to the convenience store. The subject returned to the stash house/residence with more food items.

On August 25, 2014, Agents conducted surveillance again at the stash house/ residence. At approximately 5:30 p.m., Agents noticed a blue in color 2005 Chevrolet Cobalt displaying TX License plate CCZ 5299 arrive at the location. Agents continued the surveillance at the residence and also observed the same male subject during the previous surveillances purchasing food supplies at the convenience store.

At this time, Agents contacted the Mission Police Department and had an Officer stop and identify the subject at the convenience store. The subject was identified as Jesus Armando JASSO-Jimenez, who was unable to provide a valid identification. Agents arrived to assist and JASSO-Jimenez stated that he was from Mexico and did not have any documents to be in the United States.

JASSO-Jimenez was asked what he was doing at the stash house/residence and said that he was staying there. JASSO-Jimenez then said that there were approximately 25 to 30 undocumented subjects at the residence and that he was responsible for providing food and anything that was needed.

Agents placed JASSO-Jimenez under arrest and read him his Miranda Rights. Subject waived his Miranda Right and voluntarily agreed to co-operate.

While Agents were interviewing JASSO-Jimenez in the parking lot of the convenience store, Agents observed a second subject exiting the residence. The subject was seen going in and out of the residence looking around, walking to the back of the house and was always on a cell phone.

2

JASSO-Jimenez stated he would give Agents consent to enter and search the residence. BP FIST Agents, HSI, and Mission Police Department approached the target location to conduct a search of the residence. JASSO-Jimenez opened the side entry door of the residence and permitted agents to go in the residence.

A total of 27 subjects were apprehended at the residence including the subject that was seen outside on the cell phone. The subject was identified as Obed VASQUEZ-Reyna. All 27 subjects were questioned as to their immigration status and admitted to being in the United States illegally with no legal documents allowing them to remain in the United States.

Obed VASQUEZ-Reyna was read his Miranda Rights and understood them, waived them and voluntarily stated that he was willing to answer questions. All 28 Undocumented Aliens were transported to the McAllen Border Patrol Station for processing.

Obed VASQUEZ-Reyna was read his Miranda Rights again at the McAllen Border Patrol Office and said he understood them and waived them to answer questions. VASQUEZ-Reyna said that he illegally crossed the Rio Grande River into the United States about 1 ½ months ago and was staying with family members in Mission. He said that a Mexican national only known as "Flaco" offered to help him cross back into the United Stated if he (VASQUEZ-Reyna) would work for him by receiving and taking care of undocumented aliens in a house. VASQUEZ-Reyna agreed and after about two weeks of being in the United States, Flaco contacted VASQUEZ-Reyna and told him to look for a house to rent. VASQUEZ-Reyna said that he found the house located at 205 Naranjo St. in Mission, Texas on Craigs List and contacted the owners and rented the house on August 8, 2014. VASQUEZ-Reyna said that Flaco sent him cash money through his workers.

VASQUEZ-Reyna said that he soon started receiving undocumented aliens at the residence. He said that Flaco's workers would bring some UDA's and he also would pick some up UDA's around the local stores. VASQUEZ-Reyna said that he would get paid $20.00 for every UDA at the residence. VASQUEZ-Reyna said that he hired Jesus Armando JASSO-Jimenez to assist him by staying at the residence, feed them, wash for them, and buy food for them. VASQUEZ-Reyna received two (2) payments of $600.00 and $800.00 from Flaco during the two or three weeks. VASQUEZ-Reyna said that he paid JASSO-Jimenez $600.00 one time for his assistance at the residence.

3

Jesus Armando JASSO-Jimenez was read his Miranda Rights at the McAllen Border Patrol Office and said he understood them and waived them to answer questions. JASSO-Jimenez said that he crossed illegally into the United States about three (3) months ago and paid $1,500.00 to a smuggler from his home town of Acaponeta, Nayarit, Mexico. JASSO-Jimenez was goal was to travel to Long Beach, California to work and live with family members. JASSO-Jimenez said that he was staying in some apartments in the Mission area and got to know Oved VASQUEZ-Reyna who was also staying there. He said that VASQUEZ-Reyna asked him to stay at a house to take care of UDA's and he would pay him. VASQUEZ-Reyna agreed and said that he was at the residence about fifteen (15) days and received a payment of $400.00 from VASQUEZ-Reyna for taking care of the UDA's.

Sifredis Amaya-Lopez, a UDA apprehended at the residence, identified Obed VASQUEZ-Reyna in a six-person photo lineup as the individual who arrived and delivered food to the stash house. Amaya-Lopez also identified Jesus Armando Jasso-Jimenez in a six-person photo lineup as the live in caretaker of the stash house and gave the UDA's orders around the house and told them to remain in the house at all times.

Maria Maricelda LOPEZ-Perez a UDA apprehended at the residence, identified Obed VASQUEZ-Reyna in a six-person photo lineup as the person in charge of the house and people. LOPEZ-Perez also identified Jesus Armando Jasso-Jimenez in a six-person photo lineup as the other person in charge of the house.

4